**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2106**

———————————

TERRY L. CROWDER,

Plaintiff - Appellant,

versus

DONALD EUGENE ASBURY; WEST VIRGINIA STATE
POLICE, South Charleston Detachment, and their
employer; WILLIAM FORBES, Prosecuting Attorney
of Kanawha County, and his office and
employer,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-99-194-2)

———————————

Submitted: April 27, 2000          Decided: May 2, 2000

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keith L. Wheaton, Esquire, Martinsburg, West Virginia, for Appellant. Michael C. Allen, Charleston, West Virginia; William S. Steele, Managing Deputy Attorney General, Charleston, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry L. Crowder appeals the district court's order dismissing without prejudice her civil rights action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Crowder v. Asbury, No. CA-99-194-2 (S.D.W. Va. July 15, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on July 14, 1999, the district court's records show that it was entered on the docket sheet on July 15, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).